| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br><br>Hazel Lidia Morales<br><br>Erick Morales<br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 04/03/2024      Hazel Lidia Morales      */s/ Hazel Morales*
                      Printed name of Debtor 1      Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 04/03/2024      Erick Morales      */s/ Erick Morales*
                      Printed name of Debtor 2      Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                      **F 1002-1.EMP.INCOME.DEC**

```
C2 ESSENTIALS, INC - CA-WAREHOUSE (10404)                              Voucher #: 047517   Sort Order: 38
```

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| ERICK A MORALES - (L02602) | 02-23-2024 | XXX-XX-1956 | 02-01-2024 | 02-15-2024 | 9685129 |

Federal Tax- Status: MJ    Allowances: Married Filing Joint                State Tax- Status: H   Allowances: 4

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 02-15-2024 | VACATION HRS | 33.4900 | 8.00 | 267.92 |
| 02-15-2024 | REGULAR | 33.4900 | 80.00 | 2679.20 |
| | Totals: | | 88.00 | 2947.12 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| 401(K) | 176.83 | 702.71 |
| 401K ROTH | 10.00 | 40.00 |
| FICA - MEDICARE | 42.73 | 169.82 |
| FICA - OASDI | 182.72 | 726.12 |
| CA INCOME TAX | 21.02 | 83.77 |
| CA DISABILITY | 32.42 | 128.83 |
| Totals: | 465.72 | 1851.25 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 75913 | 2481.40 |
| Totals: | | 2481.40 |

**Net Pay:** 2481.40
**Net Pay YTD:** 9860.44

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR | 9758.17 |
| HOLIDAY | 788.40 |
| VACATION HRS | 1088.32 |
| RETRO PAY | 76.80 |
| Totals: | 11711.69 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| VACATION | 14.50 |
| SICK | 12.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | | 0.00 |

mvQuery Version: HRPyramid_CHECK_PRINTING 012ab

---

ACQUISITION LOGISTICS COMPANY                                    9685129

                                                                 02-23-2024
C2 ESSENTIALS, INC
3975 VIRGINIA MALLORY DRIVE
CHANTILLY, VA 20151

                                                                 AMOUNT
                                                                 ** VOID **

Pay: Non-negotiable

*Non-Negotiable*

To The Order Of:  ERICK A MORALES
                  14640 SANTA FE TRAIL.
                  VICTORVILLE, CA 92392

C2 ESSENTIALS, INC - CA-WAREHOUSE (10404)  Voucher #: 048034  Sort Order: 38

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| ERICK A MORALES - (L02602) | 03-08-2024 | XXX-XX-1956 | 02-16-2024 | 02-29-2024 | 9687309 |

Federal Tax- Status: MJ   Allowances: Married Filing Joint     State Tax- Status: H   Allowances: 4

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 02-29-2024 | VACATION HRS | 33.4900 | 8.00 | 267.92 |
| 02-29-2024 | SICK-EO | 33.4900 | 8.00 | 267.92 |
| 02-29-2024 | REGULAR | 33.4900 | 56.00 | 1875.44 |
| 02-29-2024 | HOLIDAY | 33.4900 | 8.00 | 267.92 |
| | Totals: | | 80.00 | 2679.20 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| 401(K) | 160.75 | 863.46 |
| 401K ROTH | 10.00 | 50.00 |
| FICA - MEDICARE | 38.85 | 208.67 |
| FICA - OASDI | 166.12 | 892.24 |
| CA INCOME TAX | 9.94 | 93.71 |
| CA DISABILITY | 29.47 | 158.30 |
| Totals: | 415.13 | 2266.38 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 75913 | 2264.07 |
| Totals: | | 2264.07 |

**Net Pay:** 2264.07
**Net Pay YTD:** 12124.51

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR | 11633.61 |
| HOLIDAY | 1056.32 |
| VACATION HRS | 1356.24 |
| RETRO PAY | 76.80 |
| SICK-EO | 267.92 |
| Totals: | 14390.89 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| VACATION | 6.50 |
| SICK | 5.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | | 0.00 |

mvQuery Version: HRPyramid_CHECK_PRINTING 012ab

---

ACQUISITION LOGISTICS COMPANY                                        9687309

C2 ESSENTIALS, INC
3975 VIRGINIA MALLORY DRIVE                       03-08-2024
CHANTILLY, VA 20151

AMOUNT
** VOID **

Pay: Non-negotiable

Non-Negotiable

To The Order Of:
ERICK A MORALES
14640 SANTA FE TRAIL.
VICTORVILLE, CA 92392

```
C2 ESSENTIALS, INC - CA-WAREHOUSE (10404)                                    Voucher #: 048834   Sort Order: 40
```

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| ERICK A MORALES - (L02602) | 03-22-2024 | XXX-XX-1956 | 03-01-2024 | 03-22-2024 | 9690112 |

Federal Tax- Status: MJ    Allowances: Married Filing Joint              State Tax- Status: H   Allowances: 4

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 03-22-2024 | REGULAR | 33.4900 | 120.00 | 4018.80 |
| 03-22-2024 | SICK-EO | 33.4900 | 4.00 | 133.96 |
| 03-22-2024 | VACATION HRS | 33.4900 | 4.00 | 133.96 |
| 03-22-2024 | VAC PAYOUT | 33.4900 | 2.50 | 83.73 |
| | Totals: | | 130.50 | 4370.45 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| 401(K) | 262.23 | 1125.69 |
| 401K ROTH | 10.00 | 60.00 |
| FEDERAL INCOME | 56.82 | 56.82 |
| FICA - MEDICARE | 63.37 | 272.04 |
| FICA - OASDI | 270.96 | 1163.20 |
| CA INCOME TAX | 110.45 | 204.16 |
| CA DISABILITY | 48.07 | 206.37 |
| Totals: | 821.90 | 3088.28 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 75913 | 3548.55 |
| Totals: | | 3548.55 |

**Net Pay**: 3548.55
**Net Pay YTD**: 15673.06

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR | 15652.41 |
| HOLIDAY | 1056.32 |
| VACATION HRS | 1490.20 |
| RETRO PAY | 76.80 |
| SICK-EO | 401.88 |
| VAC PAYOUT | 83.73 |
| Totals: | 18761.34 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | | 0.00 |

mvQuery Version: HRPyramid_CHECK_PRINTING 012ab

---

ACQUISITION LOGISTICS COMPANY                                                                 9690112

                                                                03-22-2024

C2 ESSENTIALS, INC
3975 VIRGINIA MALLORY DRIVE
CHANTILLY, VA 20151

                                                                              AMOUNT
                                                                           ** VOID **

Pay: Non-negotiable

*Non-Negotiable*

To The Order Of:
ERICK A MORALES
14640 SANTA FE TRAIL.
VICTORVILLE, CA 92392