Certificate Number: 14912-CAC-DE-038452001

Bankruptcy Case Number: 24-12016



14912-CAC-DE-038452001

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 7, 2024, at 12:13 o'clock AM EDT, Hazel Morales completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: May 7, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor